McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States Department of Agriculture

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LION BROTHERS FARMS, | 1:06-cv-00427-AWI-SMS |
| Plaintiff, | **EX PARTE REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT; THEREON** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | **ORDER CONTINUING SCHEDULING CONFERENCE:** |
| Defendants. | Old Date: 6/15/2006 |
| | NEW DATE: AUGUST 22, 2006 |
| | TIME:   9:30a.m. |
| | COURTROOM: #7 |

Defendant United States Department of Agriculture ("Defendant") requests an extension of time to respond to the Complaint for Declaratory and Injunctive Relief, filed April 13, 2006 (Docs. 3 & 5), based on the following:

1. Defendant was served with the summons and complaint on April 20, 2006. Accordingly, its response to the complaint is due on June 19, 2006.

2. Undersigned counsel for Defendant was not assigned to this matter until approximately four weeks after service of the 135-page complaint, which consists of numerous voluminous exhibits filed in two separate entries (see Docs. 3 & 5).

3. Undersigned counsel requested a 30-day extension to respond to the complaint, but Plaintiff's counsel refused the request.

4. An additional 30 days is needed to respond to the complaint to provide undersigned counsel and Defendant's Office of the General Counsel time to review the complaint and voluminous exhibits and coordinate a response.

5. In light of the foregoing, it is respectfully requested that the Court extend Defendant's time to respond to the complaint by 30 days to July 19, 2006.

6. Additionally, the scheduling conference is now set for June 15, 2006, four days prior to the current deadline for Defendant to respond to the complaint. It is further respectfully requested that the Court postpone the scheduling conference for approximately 60 days to August 17, 2006, or another date that is convenient for the Court.[1]

                                      Respectfully submitted,

Dated: June 2, 2006.         McGREGOR W. SCOTT
                                      United States Attorney

                              By:  <u>/s/ Kimberly A. Gaab</u>
                                   KIMBERLY A. GAAB
                                   Assistant U.S. Attorney
                                   Attorneys for Defendant
                                   United States of America

---

[1] Nothing in this request is intended to constitute a waiver of any defense that may be asserted by Defendant. Defendant specifically reserves all of its defenses and objections in this action, including without limitation its defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

<u>ORDER</u>

IT IS SO ORDERED that:

(1) Defendant's time to respond to the complaint is extended to July 19, 2006; and

(2) The scheduling conference is continued from June 15, 2006 to August 22, 2006, at 9:30 a.m., in Courtroom 7.

IT IS SO ORDERED.

**Dated:    June 2, 2006**                       /s/ Sandra M. Snyder
icido3                                       UNITED STATES MAGISTRATE JUDGE