IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION BROTHERS FARMS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendants. | CV F 06-0427 AWI SMS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO RANDOMLY REASSIGN THIS ACTION TO ANOTHER DISTRICT COURT JUDGE |

   The undersigned finds it necessary to recuse himself in this action.  See  8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).  The Clerk of the Court is DIRECTED to randomly reassign this action to another District Court Judge.

IT IS SO ORDERED.

**Dated:    July 19, 2006**                     /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE