UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION BROTHERS FARMS, | 1:06-CV-00427 OWW SMS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

Pursuant to the notice of voluntary dismissal filed in this matter, and no appearance having been made by the defendant,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   October 13, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE